Mitchell C. Baker, OSB No. 981358
mbaker@fisherphillips.com
Alexander A. Wheatley, OSB No. 105395
awheatley@fisherphillips.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262 Telephone
(503) 242-4263 Facsimile

Attorneys for Defendants Paulson and Cichanski

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AMERICAN MEDICAL CONCEPTS, INC., an Oregon Corporation,<br><br>                          Plaintiff,<br><br>    v.<br><br>TONY PAULSON, an individual; and SETH CICHANSKI; an individual,<br><br>                          Defendants. | Case No. 3:19-cv-1235-SB<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM** |

Defendants Tony Paulson and Seth Cichanski ("Defendants") by and through their attorneys of record, Fisher & Phillips, LLP, and in answer to Plaintiff's Complaint admits, denies, and alleges as follows:

/ / /

/ / /

Page 1   DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon 97204
(503) 242-4262

FPDOCS 35979155.1

# INTRODUCTION

1.

Defendants admit that AMC is a medical device and equipment distribution company headquartered in Oregon. Defendants admit they were hired by AMC in 2018 as sales representatives. Defendants admit that they resigned from AMC less than a year after being hired. Except as specifically admitted, Defendants deny all allegations contained in Paragraph 1.

## PARTIES, JURISDICTION, AND VENUE

2.

Defendants admit the allegations contained in Paragraph 2.

3.

Defendants admit the allegations contained in Paragraph 3.

4.

Defendants admit the allegations contained in Paragraph 4.

5.

Defendants admit the allegations contained in Paragraph 5.

6.

Defendants admit the allegations contained in Paragraph 6.

## FACTUAL BACKGROUND

7.

Defendants generally admit the allegations contained in Paragraph 7, but deny that AMC distributes all of the products listed in Paragraph 7 in all locations throughout the western United States.

Page 2   DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon 97204
(503) 242-4262

FPDOCS 35979155.1

8.

Defendants admit the allegations contained in Paragraph 8, except Defendants deny that AMC gave them "access to detailed confidential information about, and extensive training on, the clinical use of the products AMC distributes;" that AMC provided them "with detailed information about AMC device and equipment pricing, AMC's customers, including physicians with whom AMC works or intends to work and their preferences and needs for surgical interventions;" and that AMC provided Defendants with "AMC's sales strategy regarding both current and prospective customers. Defendants also deny the last sentence of Paragraph 8. Except as specifically admitted, Defendants deny all allegations contained in Paragraph 8.

9.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 and, therefore, deny the same.

10.

Defendants admit the allegations contained in Paragraph 10.

11.

Defendants admit the allegations contained in Paragraph 11.

12.

Defendants admit the allegations contained in Paragraph 12.

13.

Defendants admit the allegations contained in Paragraph 13.

/ / /

/ / /

Page 3    **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM**    FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon 97204
(503) 242-4262

FPDOCS 35979155.1

14.

Paragraph 14 consists solely of legal conclusions to which no response is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 14.

15.

Paragraph 15 consists solely of legal conclusions to which no response is required. To the extent an answer is required, Defendants admit the allegations contained in Paragraph 15.

16.

Defendants admit that SeaSpine is a company that manufactures some medical devices that compete with some products AMC has distributed. Defendants deny the remaining allegations contained in Paragraph 16.

17.

Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 17 and, therefore, deny the same.

18.

Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 18 and, therefore, deny the same.

19.

Defendants admit the allegations contained in Paragraph 19, other than the final sentence. Defendants deny that Defendant Cichanski is a member or employee of South Sound Surgical. Except as expressly admitted, Defendants deny all allegations contained in Paragraph 19.

20.

Defendants deny the allegations contained in Paragraph 20.

Page 4    DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon 97204
(503) 242-4262

FPDOCS 35979155.1

21.

Defendant Paulson admits that he resigned from AMC effective June 14, 2019, on June 15, 2019.  Except as specifically admitted, Defendants deny all allegations contained in Paragraph 21.

22.

Defendants admit the allegations contained in Paragraph 22.

23.

Defendants admit that, prior to their resignations, Defendants had agreed to work, in some capacity, for SeaSpine after their resignations from AMC.  Except as specifically admitted, Defendants deny all allegations contained in Paragraph 23.

24.

Defendants deny the allegations contained in Paragraph 24.

25.

Defendants admit the allegations contained in paragraph 25, other than the final sentence. Defendants deny that they have not responded to AMC's letters.

## CLAIM FOR RELIEF

### (Breach of Contract)

26.

Defendants restate and incorporate the admissions and denials to Paragraphs 1-25 as set forth above.

/ / /

/ / /

Page 5   DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon  97204
(503) 242-4262

FPDOCS 35979155.1

27.

Defendants admit that they signed the Employment and Confidentiality Agreements referenced in the Complaint. Except as specifically admitted, Defendants deny all allegations contained in Paragraph 27.

28.

Defendants deny the allegations contained in Paragraph 28.

29.

Defendants deny the allegations contained in Paragraph 29.

30.

Defendants deny the allegations contained in Paragraph 30.

31.

Defendants deny the allegations contained in Paragraph 31.

32.

Paragraph 32 consists solely of a legal conclusion to which no response is required. To the extent any answer is required, Defendants deny AMC is entitled to recover any attorney fees.

### PLAINTIFF'S PRAYER FOR RELIEF

33.

All allegations in Plaintiff's Complaint, including any allegations in Plaintiff's prayer for relief that are not specifically admitted in this answer, are hereby denied.

### AFFIRMATIVE DEFENSES

For their affirmative defenses against Plaintiff's Complaint, Defendants allege as follows:

/ / /

Page 6    DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon 97204
(503) 242-4262

FPDOCS 35979155.1

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

34.

Plaintiff fails to state ultimate facts sufficient to state claims for relief.

## SECOND AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

35.

Plaintiff failed to take reasonable steps to lessen, reduce, or mitigate its damages, if any.

## THIRD AFFIRMATIVE DEFENSE

### (Unclean Hands)

36.

AMC seeks an equitable remedy but comes to court with unclean hands.  AMC has itself hired individuals subject to noncompete agreements and profited from their employment.  AMC has also engaged in unethical conduct related to the sale of medical devices.

## FOURTH AFFIRMATIVE DEFENSE

### (Equitable Estoppel)

37.

Senior AMC personnel affirmatively indicated to Defendants that they were free to continue selling medical devices in Washington so long as they did not continue to sell in the territories they sold while employed by AMC.

/ / /

/ / /

Page 7    DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon 97204
(503) 242-4262

FPDOCS 35979155.1

### FIFTH AFFIRMATIVE DEFENSE

### (Voided Noncompetition Agreements)

38.

Prior to leaving AMC, Defendants informed AMC that they did not intend to comply with their noncompetition agreements insofar as those agreements prohibit Defendants from selling medical devices in Washington State outside Defendants' respective territories in which they sold medical devices for AMC.  In so doing, Defendants took action to void their noncompetition agreements to the extent those agreements can be read to prohibit more than Defendants working in their respective former territories.

### COUNTERCLAIM

For its Counterclaim against Plaintiff, Defendants reallege those facts admitted and alleged above, and further allege:

### FIRST COUNTERCLAIM

### (Attorney Fees)

39.

Under Section 7 of the Confidentiality Agreements, Defendants are entitled to recover the reasonable attorney fees they are forced to incur defending themselves in this action.  Defendants also seek to recover fees pursuant to ORS 20.105, ORS 20.107, 29 U.S.C. § 2617; Fed. R. Civ. P. 54 because Plaintiff's claims are objectively unreasonable.

/ / /

/ / /

/ / /

Page 8   DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon  97204
(503) 242-4262

FPDOCS 35979155.1

## RESERVATION OF RIGHTS

40.

Defendants reserve the right to amend its Answer as warranted through the discovery process and the litigation.

## PRAYER FOR RELIEF

WHEREFORE, Defendants, having fully answered Plaintiff's Complaint, pray for judgment against Plaintiff:

1) dismissing this action with prejudice;

2) awarding Defendants the bond posted;

3) granting Defendants their reasonable attorney's fees, costs, disbursements, and all damages proven at trial, including, but not limited to, fees and costs pursuant to ORS 20.105, ORS 20.107, 29 U.S.C. § 2617; Fed. R. Civ. P. 54; and pursuant to the fee shifting provisions found in the Confidentiality Agreement; and

4) for such other and further relief in Defendants' favor against Plaintiff as the Court may deem just and equitable.

DATED: August 21, 2019              FISHER & PHILLIPS LLP

s/ Mitchell C. Baker
Mitchell C. Baker, OSB #981358
Alexander A. Wheatley, OSB #105395
111 SW Fifth Avenue, Suite 4040
Portland, OR 97204
Tel: (503) 242-4262  Fax: (503) 242-4263
mbaker@fisherphillips.com
awheatley@fisherphillips.com
Attorneys for Defendants

Page 9   DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon 97204
(503) 242-4262

FPDOCS 35979155.1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM** by the method(s) indicated below on:

> David B. Robbins, OSB No. 13628
> DRobbins@perkinscoie.com
> Heidee Stoller, OSB No. 072835
> HStoller@perkinscoie.com
> Kevin R. Schock, OSB No. 181889
> KSchock@perkinscoie.com
> Perkins Coie LLP
> 1120 N.W. Couch Street, 10th Floor
> Portland, OR 97209-4128
> Telephone: 503.727.2000
> Facsimile: 503.727.2222
> Attorneys for Plaintiff

by the following indicated method(s):

☒ **Electronic filing via the CM/ECF system.**

☐ **Regular or Priority Mail:** by mailing a full, true, and correct copy thereof in a sealed envelope with postage prepaid thereon, addressed as above stated, which is the last-known office address of the attorney, and

☐ Depositing it with the United States Postal Service at Portland, Oregon, on the date set forth below. ☐ **Plus Email**\*

☐ Sending it via a priority mail service on the date set forth below. ☐ **Plus Email**\*

☐ **Email Only –** Email was effected by causing a full, true and correct copy thereof to be transmitted to the attorney via electronic correspondence to the attorney's last-known email address in accordance with United States District Court Local Rule 5-1(a)(2) and Fed. R. Civ. P. 5(b)(2)(E)

SIGNED: August 21, 2019.

> *s/ Mitchell C. Baker*
> Mitchell C. Baker, OSB #981358
> mbaker@fisherphillips.com
> *Attorneys for Defendants*

Page 1    **CERTIFICATE OF SERVICE**    FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 4040
Portland, Oregon 97204
(503) 242-4262

FPDOCS 35979155.1